UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Marcos Alvarez

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-MJ-10466

Defendant Marcos Alvarez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒  Initial Appearance Before a Judicial Officer

☐  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐  Guilty Plea/Change of Plea Hearing

☐  Bail/Detention Hearing

☐  Conference Before a Judicial Officer - Assignment of Counsel

/s/ Marcos Alvarez
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/
Defendant's Counsel's Signature

Marcos Alvarez
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 30, 2020
Date

United States Magistrate Judge
Southern District of New York